RECEIVED
IN LAKE CHARLES, LA.

APR 10 2015

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| TIMOTHY E. ROBERTSON, | * | CIVIL ACTION NO. 2:14-cv-448 |
| Plaintiff, | * | |
| v. | * | JUDGE MINALDI |
| ALLEN CORRECTIONAL CENTER, | * | |
| Defendant. | * | MAGISTRATE JUDGE KAY |

**********************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 20] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, assessment of the plaintiff's Objections [Doc. 21], and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that plaintiff's complaint [Doc. 1] and hereby is **DISMISSED, WITH PREJUDICE,** as frivolous and for failing to state a claim upon which relief can be granted in accordance with 28 U.S.C. § 1915(e)(2)(B)(i), (ii), and (iii).

Lake Charles, Louisiana, this 9 day of April, 2015.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE